# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUANG-TUAN LUONG,**<br>Plaintiff**,**<br>vs.<br>**CASTOR VASQUEZ RAMIREZ, ET AL.,**<br>Defendants**.** | CASE NO. 19-cv-01117-YGR<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 22 |

On June 28, 2019, the parties filed a Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. No. 22.) Pursuant to the parties' joint stipulation, the case is hereby **DISMISSED** with prejudice, with each party bearing its own fees and costs.

Accordingly, the July 12, 2019 compliance hearing is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: July 8, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**